**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance company, | : | |
| Plaintiff, | : | Case No. 5:23-cv-687 |
| v. | : | Judge Sara Lioi |
| ABC BWNCHOH001, LLC, et al., | : | |
| Defendants. | : | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties have notified the Court that all claims between Plaintiff and Defendants have been completely compromised and resolved by written agreement. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their respective counsel, hereby stipulate that Plaintiff's claims against Defendants are hereby dismissed with prejudice. This Agreed Stipulation terminates the case in its entirety, and the case is hereby dismissed with prejudice, at Plaintiff's costs.

Dated: August 23, 2023

Respectfully submitted,

*/s/ Daniel J. Hurley*
**Daniel J. Hurley, Esq. (0034499)**
PLUNKETT COONEY
716 Mt. Airyshire Blvd., Suite 150
Columbus, OH 43235
Tel: 614.629.3005
Fax: 248.901.4040
DHurley@plunkettcooney.com
*Attorney for Plaintiff,*
*Hartford Fire Insurance Company*

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**